UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ALLEN BAUMGAERTEL, | 1:12-CV-01859 GSA HC |
| Petitioner, | ORDER TO SHOW CAUSE WHY THE PETITION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH A COURT ORDER |
| v. | |
| K. HOLLAND, | [FIFTEEN DAY DEADLINE] |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petitioner for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On November 15, 2012, the Court ordered Petitioner to complete and return within thirty days the form indicating consent or decline to the jurisdiction of the Magistrate Judge. Over thirty days passed and Petitioner failed to comply. On January 30, 2013, the Court issued a second order directing Petitioner to complete and return the form indicating consent or decline to the jurisdiction of the Magistrate Judge. Over thirty (30) days have passed and Petitioner has again failed to comply.

Accordingly, Petitioner is ORDERED to SHOW CAUSE within fifteen (15) days of the date of service of this Order why the petition should not be dismissed for failure to comply with a court order.

IT IS SO ORDERED.

Dated: **March 11, 2013**         /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE